AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Antonio Little, Jr.<br>*Plaintiff,*<br>v.<br>South Carolina Dept. of Corr. Corporation; Kershaw Corr. Inst.; Warden James; Officer R. Roberts; Captain Henderson; A.W. Smith; LT. Matthew Davis; LT. MattLock; A.W. McDuffie; Officer SGT. Barwick; Mental Health Officer Willie Bertha; LT. Regina Sanders; Officer Miller-Cooper,<br>*Defendants* | Civil Action No.  0:24-cv-01177-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the plaintiff, David Antonio Little, Jr, take nothing of the defendants, South Carolina Dept. of Corr. Corporation; Kershaw Corr. Inst.; Warden James; Officer R. Roberts; Captain Henderson; A.W. Smith; LT. Matthew Davis; LT. MattLock; A.W. McDuffie; Officer SGT. Barwick; Mental Health Officer Willie Bertha; LT. Regina Sanders; Officer Miller-Cooper , and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Richard M Gergel, US District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal.

May 3, 2024

s/ A. Snipes
*Signature of Clerk or Deputy Clerk*